# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARIYA GOTSEVA-JUAREZ,<br><br>        Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>        Defendant. | 2:18-cv-01111-JCM-VCF<br>**ORDER** |

    Before the Court is Defendant's Discovery Plan and Scheduling Order (ECF No. 13).

    Accordingly,

    IT IS HEREBY ORDERED that a discovery hearing on Defendant's Discovery Plan and Scheduling Order (ECF No. 13) is scheduled for 10:00 AM, July 30, 2018, in Courtroom 3D.

    DATED this 13th day of July, 2018.

                                                  CAM FERENBACH<br>
                                                  UNITED STATES MAGISTRATE JUDGE