# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIYA GOTSEVA-JUAREZ,<br><br>Plaintiff(s),<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant(s). | Case No. 2:18-CV-1111 JCM (VCF)<br><br>ORDER |

Presently before the court is plaintiff Mariya Gotseva-Juarez's motion to extend time to file a reply in support of her motion to remand. (ECF No. 17).

Plaintiff's response was due on July 26, 2018. *See* (ECF No. 17). Plaintiff states that her failure to timely file a reply was the result of excusable neglect. *Id.* Plaintiff requests an additional 7 days to file a reply in support of her motion. *Id.* Good cause appearing, the court will grant plaintiff an extension of time to file her reply.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for extension of time (ECF No. 17) be, and the same hereby is, GRANTED. Plaintiff shall have until August 7, 2018, to file a reply in support of her motion.

DATED August 1, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**