1 MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
2 OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
3 9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
4 Telephone: (702) 384-4012
Facsimile: (702) 383-0701
5 mfederico@ocgas.com

6 Attorney for Defendant
COSTCO WHOLESALE CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10                              * * * *

11 MARIYA GOTSEVA-JUAREZ, an individual,    ) CASE NO.: 2:18-cv-01111-JCM-VCF
                                             )
12                         Plaintiff,        )
                                             )
13 vs.                                       )
                                             )
14 COSTCO WHOLESALE CORPORATION a            )
   Foreign Corporation; DOES I through X; and )
15 ROE CORPORATIONS I through X, inclusive,  )
                                             )
16                        Defendants.        )
                                             )
17

18         **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

19         Plaintiff MARIYA GOTSEVA-JUAREZ and Defendant COSTCO WHOLESALE

20 CORPORATION, by and through their respective counsel of record, hereby stipulate, pursuant to

21 FRCP 41(a)(1)(A)(ii), that the above-captioned action, and any and all claims asserted by Plaintiff

22 against Defendant in said captioned action is and are hereby DISMISSED WITH PREJUDICE.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
Law Offices of
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Telecopier (702) 383-0701

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

DATED this ___ day of ___/3___, 2019.     DATED this _4_ day of _Nov._ 2019.


OLSON, CANNON, GORMLEY          AYON LAW, PLLC
ANGULO & STOBERSKI

_____     _____
MICHAEL A. FEDERICO, ESQ.          LUIS A. AYON, ESQ.
Nevada Bar No. 005946              Nevada Bar No.: 009752
9950 West Cheyenne Avenue          8716 Spanish Ridge Ave., Ste. 115
Las Vegas, Nevada 89129           Las Vegas, Nevada 89148
Attorneys for Defendant            Attorney for Plaintiff
COSTCO WHOLESALE CORPORATION       MARIYA GOTSEVA-JUAREZ

## ORDER

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff MARIYA GOTSEVA-JUAREZ against Defendant COSTCO WHOLESALE CORPORATION in said captioned action is and are hereby DISMISSED WITH PREJUDICE. All parties are to bear their own costs, attorney's fees and expenses related hereto.

**IT IS SO ORDERED.**

DATED: November 15, 2019
_____

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
Law Offices of
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Telecopier (702) 383-0701